# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| COREY L. DIAMOND, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION 20-0098-CG-MU |
| HERMAN THOMAS, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED**, prior to service of process, because Plaintiff's Complaint fails to establish federal-question jurisdiction; therefore, Diamond's complaint is dismissed as frivolous, *see* 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE and ORDERED** this 27th day of March, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE